| AO 94 (10/82) | **COMMITMENT TO ANOTHER DISTRICT** (Rule 40, Federal Rules of Criminal Procedure) | |
|---|---|---|
| **United States District Court** | DISTRICT _Eastern District of CA_ | |
| UNITED STATES OF AMERICA V. _Adolph Daniel Alvarez_ | DOCKET NO. | |
| | MAGISTRATE CASE NO. _1:07MJ 00270 DLB_ | |

FILED NOV 19 2007 CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, BY DEPUTY CLERK

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN
☐ indictment   ☐ information   ☒ complaint   ☐ Other (specify)

charging a violation of _18_ U.S.C. § _3146(a)(2), (b)(1)(A)(i)_

DISTRICT OF OFFENSE: _Eastern District of Wisconsin_

DATE OF OFFENSE: _12.8.06_

DESCRIPTION OF CHARGES:

BOND IS FIXED AT $ _detained_    _Eastern District of CA_
DISTRICT

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_11/19/2007_
Date

DENNIS L. BECK, U.S. Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |